UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20897

21 U.S.C. § 963
21 U.S.C. § 853

CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

vs.

MIGUEL ARNULFO VALLE-VALLE,
LUIS ALONSO VALLE-VALLE,
DIGNA ASUSENA VALLE-VALLE, and
GERSON STANLEY ORTEGA-VALLE,

     Defendants.
_____/

# INDICTMENT

The Grand Jury charges that:

Beginning at least as early as in and around 2009, and continuing through on or about November 1, 2013, in the countries of Colombia, Honduras, Guatemala, and elsewhere, the defendants,

MIGUEL ARNULFO VALLE-VALLE,
LUIS ALONSO VALLE-VALLE,
DIGNA ASUSENA VALLE-VALLE, and
GERSON STANLEY ORTEGA-VALLE,

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **MIGUEL ARNULFO VALLE-VALLE, LUIS ALONSO VALLE-VALLE, DIGNA ASUSENA VALLE-VALLE, and GERSON STANLEY ORTEGA-VALLE,** have an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendants shall forfeit all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| MIGUEL ARNULFO VALLE-VALLE, et al., | |
| **Defendants.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

x   Miami  ____ Key West
___ FTL    ____ WPB      ____ FTP

New Defendant(s)              Yes ____  No ____
Number of New Defendants      ____
Total number of counts        ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   YES
   List language and/or dialect   Spanish

4. This case will take   10   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)

   I    0 to  5 days   ____                    Petty      ____
   II   6 to 10 days    10                     Minor      ____
   III  11 to 20 days  ____                    Misdem.    ____
   IV   21 to 60 days  ____                    Felony      X
   V    61 days and over ____

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003?   Yes ____   No  x

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ____   No  x

                                            _____
                                            MICHAEL B. NADLER
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Court No. 51264

*Penalty Sheet(s) attached                                              REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   MIGUEL ARNULFO VALLE-VALLE

**Case No:**

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LUIS ALONSO VALLE-VALLE

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DIGNA ASUSENA VALLE-VALLE

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GERSON STANLEY ORTEGA-VALLE

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**